IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00690-RPM

ANKUR SHARMA,

    Plaintiff,

v.

RAM NIWAS SHARMA,
SURESH SHARMA and
VANDANA KOELSCH,

    Defendants.

_____

ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
_____

Pursuant to the stipulation for extension of time to respond to the complaint [8], it is

ORDERED that Defendant Suresh Sharma has until April 23, 2014, to file a responsive pleading.

DATED: April 3rd, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge