UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00690-RPM-MJW

ANKUR SHARMA,

    Plaintiff,

v.

RAM NIWAS SHARMA, SURESH SHARMA and VANDANA KOELSCH,

    Defendants.

_____

### ORDER OF DISMISSAL OF ALL CLAIMS
_____

    THIS MATTER comes before the Court on Plaintiff's Notice of Dismissal of All Claims Pursuant to F.R.C.P. 41(a)(1)(A)(i). The Court, being fully advised in the premises, hereby ORDERS that all claims asserted by Plaintiff against Defendants in this action be dismissed, each party to bear their own costs and attorneys' fees.

    DATED this 19th day of May, 20014.

                  BY THE COURT:

                  s/Richard P. Matsch
                  _____
                  Richard P. Matsch, Senior Judge